UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO.: 6:12-bk-2224-ABB

THOMAS J WROBLESKI
SUSAN E WROBLESKI

    Debtors.
_____/

_____ Chapter 13 Plan          __xxx__ Second Amended Chapter 13 Plan

    **COME NOW**, the Debtors, Thomas J Wrobleski and Susan E Wrobleski, and file this Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

Payment Number by months          Amount of Monthly Plan payment

1- 36 (March, 2012 - February, 2015)      $1,850.00

    The Debtor shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| A. Clifton Black | $2,000 | $83.33 | 1-23 |
|  |  | $83.41 | 24 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

1

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| SunTrust Bank – 2nd Mtg | $81,520.00 | $0.00 | Strip |
| Wells Fargo Hm Mtg – 1st Mtg | $224,996.50 | $1,007.50 (modify) | 1-36 |
| World Omni – 2008 Toyota Tacoma | $20,324.00 | $486.66 | 1-36* |
| HSBC/Kawaski – 2008 Kawaski | $8,221.00 | $0.00 | Surrender |

*Debtors will continue to make their payments per the terms of the contract and understand that they will continue to make payments even after the Plan has been completed and discharged. Debtors also understand that the lien will survive the discharge and remain in full force and effect until the completion of payments per the contract.

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Property to Be Surrendered**:

Creditor Name: HSBC/Kawaski         Property Address: 1650 Anorada Blvd.
2008 Kawaski                                              Kissimmee, FL 34744

**Valuation of Security**:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

None

**Executory Contracts:**

**The following Executory Contracts are assumed**
**Name of Creditor:**          **Description of Collateral:**          **Month Numbers:**

None

**The following Executory Contracts are rejected:**

**Name of Creditor:**                    **Description of Collateral:**

None

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: 5%

Property of the Estate revests in the Debtor upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor.

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 30TH day of November, 2012.

/s/THOMAS J WROBLESKI
Thomas J Wrobleski

/s/ SUSAN E WROBLESKI
Susan E Wrobleski

/s/ A Clifton Black
A. Clifton Black, Esq.
cblack@cliftonblack.com
Fla. Bar No. 145837
104 South Clyde Avenue
Kissimmee, FL 34741
Tel: 407.932.1115
Fax: 407.932.1097
Attorney for Debtors

| DUE DATE 28th | | Wrobleski 3/28/2012 Unsecured | | Debtor Pmt | 10.0% Tee Fee | | | ATTY | | Wells Fargo 1st Mtg | | SunTrust 2nd Mtg | | HSBC/Kawaski Kawaski | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 36 | | | | | | | | | | | | | | |
| 3/28/2012 | 1 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | 1 at Strip | | 1 at Surrender | | |
| 4/28/2012 | 2 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 5/28/2012 | 3 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 6/28/2012 | 4 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 7/28/2012 | 5 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 8/28/2012 | 6 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 9/28/2012 | 7 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 10/28/2012 | 8 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 11/28/2012 | 9 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 12/28/2012 | 10 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 1/28/2013 | 11 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 2/28/2013 | 12 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 3/28/2013 | 13 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 4/28/2013 | 14 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 5/28/2013 | 15 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 6/28/2013 | 16 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 7/28/2013 | 17 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 8/28/2013 | 18 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 9/28/2013 | 19 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 10/28/2013 | 20 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 11/28/2013 | 21 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 12/28/2013 | 22 | $87.51 | | $1,850.00 | $185.00 | | | $83.33 | | $1,007.50 | | | | | |
| 1/28/2014 | 23 | $87.51 | | $1,850.00 | $185.00 | 23 at | | $83.33 | | $1,007.50 | | | | | |
| 2/28/2014 | 24 | $87.43 | | $1,850.00 | $185.00 | 1 at | | $83.41 | | $1,007.50 | | | | | |
| 3/28/2014 | 25 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 4/28/2014 | 26 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 5/28/2014 | 27 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 6/28/2014 | 28 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 7/28/2014 | 29 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 8/28/2014 | 30 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 9/28/2014 | 31 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 10/28/2014 | 32 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 11/28/2014 | 33 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 12/28/2014 | 34 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 1/28/2015 | 35 | $170.84 | | $1,850.00 | $185.00 | | | | | $1,007.50 | | | | | |
| 2/28/2015 | 36 | $170.84 | 36 at | $1,850.00 | $185.00 | | | | 36 at | $1,007.50 | | | | | 36 at |
| | | $4,150.24 | | $66,600.00 | $6,660.00 | | | $2,000.00 | | $36,270.00 | | | | | |
| | | $84,242.34 | | | | | | | | | | | | | |
| | | 5% | | | | | | | | | | | | | |

| DUE DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 28th | | World Omni | | | | | | |
| | | 2008 Toyota | | | | | | |
| | 36 | | | | | | | |
| 3/28/2012 | 1 | $486.66 | | | | | | |
| 4/28/2012 | 2 | $486.66 | | | | | | |
| 5/28/2012 | 3 | $486.66 | | | | | | |
| 6/28/2012 | 4 | $486.66 | | | | | | |
| 7/28/2012 | 5 | $486.66 | | | | | | |
| 8/28/2012 | 6 | $486.66 | | | | | | |
| 9/28/2012 | 7 | $486.66 | | | | | | |
| 10/28/2012 | 8 | $486.66 | | | | | | |
| 11/28/2012 | 9 | $486.66 | | | | | | |
| 12/28/2012 | 10 | $486.66 | | | | | | |
| 1/28/2013 | 11 | $486.66 | | | | | | |
| 2/28/2013 | 12 | $486.66 | | | | | | |
| 3/28/2013 | 13 | $486.66 | | | | | | |
| 4/28/2013 | 14 | $486.66 | | | | | | |
| 5/28/2013 | 15 | $486.66 | | | | | | |
| 6/28/2013 | 16 | $486.66 | | | | | | |
| 7/28/2013 | 17 | $486.66 | | | | | | |
| 8/28/2013 | 18 | $486.66 | | | | | | |
| 9/28/2013 | 19 | $486.66 | | | | | | |
| 10/28/2013 | 20 | $486.66 | | | | | | |
| 11/28/2013 | 21 | $486.66 | | | | | | |
| 12/28/2013 | 22 | $486.66 | | | | | | |
| 1/28/2014 | 23 | $486.66 | | | | | | |
| 2/28/2014 | 24 | $486.66 | | | | | | |
| 3/28/2014 | 25 | $486.66 | | | | | | |
| 4/28/2014 | 26 | $486.66 | | | | | | |
| 5/28/2014 | 27 | $486.66 | | | | | | |
| 6/28/2014 | 28 | $486.66 | | | | | | |
| 7/28/2014 | 29 | $486.66 | | | | | | |
| 8/28/2014 | 30 | $486.66 | | | | | | |
| 9/28/2014 | 31 | $486.66 | | | | | | |
| 10/28/2014 | 32 | $486.66 | | | | | | |
| 11/28/2014 | 33 | $486.66 | | | | | | |
| 12/28/2014 | 34 | $486.66 | | | | | | |
| 1/28/2015 | 35 | $486.66 | | | | | | |
| 2/28/2015 | 36 | $486.66 | | | | 36 | at | 36 | at |
| | | $17,519.76 | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:12-bk-02224-ABB<br>Middle District of Florida<br>Orlando<br>Fri Nov 30 14:57:05 EST 2012 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 |
| United States Trustee - ORL7/13 7<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Wells Fargo Bank, NA<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | World Omni Financial Corp.<br>c/o Matthew H. Scott, Esquire<br>110 SE 6 Str 15 Flr<br>Fort Lauderdale, FL 33301-5004 |
| United States Bankruptcy Court<br>George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | American InfoSource LP as agent for<br>InSolve Recovery, LLC<br>PO Box 269093<br>Oklahoma City, OK 73126-9093 | Ashley Funding Services LLC its successors a<br>assigns as assignee of Reimbursement<br>Technologies, Inc<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Bank of America<br>POB 15019<br>Wilmington, DE 19886-5019 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-2322 | Collection Bur Orlando<br>1595 S Semoran Blvd Ste<br>Winter Park, FL 32792-5544 | Financial Recovery Services<br>P.O. box 385908<br>Minneapolis, MN 55438-5908 |
| Florida Default Law Group PL<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 |
| GE Capital Retail Bank<br>c/o Recovery Mgmt Systems Corp<br>attn: Ramesh Singh<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Gemb/American Honda<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb/Southeast Steel<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| HSBC Bank Nevada<br>Bass & Assoc<br>3936 E Ft Lowell Rd STe 200<br>Tucson AZ 85712-1083 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Hsbc/Kawas<br>90 Christiana Rd<br>New Castle, DE 19720-3118 |
| Hsbc/Suzki<br>Po Box 703<br>Wood Dale, IL 60191-0703 | IC System, Inc.<br>444 Highway 96 East<br>P.O. Box 64887<br>Saint Paul, MN 55164-0887 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Law Offices of Sprechman<br>2775 Sunny Isles Blvd.<br>Suite 100<br>North Miami Beach, FL 33160-4078 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 |

| | | |
|---|---|---|
| Midland Credit Mgmt<br>8875 Aero Dr<br>San Diego, CA 92123-2255 | National Capital Management, LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | National Enterprise Sys<br>29125 Solon Road<br>Solon, OH 44139-3442 |
| Osceola County Tax Collector<br>Attn: Patsy Heffner<br>Post Office Box 422105<br>Kissimmee FL 34742-2105 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Rental World<br>1717 North Main Street<br>Kissimmee, FL 34744-3308 | Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| Suntrust Bank<br>Po Box 85052<br>Richmond, VA 23285-5052 | Wells Fargo Bank<br>Florida Default Law Group<br>POB 25018<br>Tampa FL 33622-5018 | Wells Fargo Bank, NA<br>Payment Processing<br>MAC X2302-04C<br>One Home Campus<br>Des Moines, IA 50328-0001 |
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 | World Omni Financial Corp<br>c/o Matthew Scott<br>110 SE 6th St 15th Fl<br>Ft Lauderdale FL 33301-5004 |
| World Omni Financial Corp.<br>PO Box 991817<br>Mobile, AL 36691-8817 | A Clifton Black<br>104 South Clyde Avenue<br>Kissimmee, FL 34741-5614 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Susan E Wrobleski<br>1650 Anorada Blvd.<br>Kissimmee, FL 34744-6667 | Thomas J Wrobleski<br>1650 Anorada Blvd.<br>Kissimmee, FL 34744-6667 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Hsbc/Bsbuy<br>Po Box 15519<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

End of Label Matrix
Mailable recipients    49
Bypassed recipients     0
Total                  49